peals for the First Circuit. December 4, 1933. Dismissed on motion of *Messrs. John Lord O'Brian* and *Noel S. Symons* for petitioner.

No. 524. MALAVAZOS ET AL. *v.* IRVING TRUST CO., TRUSTEE IN BANKRUPTCY. Certiorari to the Circuit Court of Appeals for the Second Circuit. December 4, 1933. Dismissed on motion of *Mr. Albert D. Cash* for petitioners. *Mr. Moses Cohen* for respondent.

No. 576. UNITED STATES EX REL. BORIC *v.* MARSHALL, DISTRICT DIRECTOR OF IMMIGRATION. Certiorari to the Circuit Court of Appeals for the Third Circuit. January 8, 1934. Dismissed on motion of *Mr. Arthur I. Zeiger* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for respondent.